**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| Colvin Farms, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>DEERE & CO. (d/b/a JOHN DEERE),<br><br>    Defendant. | Case No. 3:22-cv-50227<br><br>Hon. Iain D. Johnston |

**DEFENDANT DEERE & COMPANY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant Deere & Company ("John Deere"), by and through its undersigned attorneys, respectfully moves this Court for an order extending John Deere's time to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 pending in the Northern District of Illinois (Western Division) before the Honorable Iain D. Johnston.  In support of this Motion, John Deere states as follows:

1.     Plaintiff Colvin Farms ("Plaintiff") filed its Complaint against John Deere on or about June 13, 2022. (ECF No. 1).

2.     On February 25, 2022, John Deere filed with the Judicial Panel on Multidistrict Litigation ("JPML") a Motion to Transfer for Consolidated Proceedings the then-pending six cases for consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.  (ECF No. 16, Exhibit A).

3.      Following briefing and oral argument, on June 1, 2022, the JPML ordered the six original actions pending against John Deere to be transferred to the Northern District of Illinois (Western Division) before the Honorable Iain D. Johnston for coordinated or consolidated pretrial proceedings.

4.      On June 14, 2022, John Deere filed a Notice of Potential Tag-Along Action with the JPML identifying this action as related to the other cases consolidated and transferred by the JPML. (ECF No. 16, Exhibit B).

5.      Plaintiff filed an executed Summons on or about June 14, 2022, and John Deere was served on June 17, 2022.  By rule, Deere's answer is due July 7, 2022.

6.      On June 23, 2022, the Northern District of Florida transferred this action to the Northern District of Illinois (Eastern Division) before the Honorable Mary M. Rowland.  (ECF Nos. 5-7).

7.      On July 1, 2022, the Northern District of Illinois (Eastern Division) transferred this action to the Northern District of Illinois (Western Division) before the Honorable Iain D. Johnston.  (ECF Nos. 10-13).

8.      On July 5, 2022, John Deere's counsel communicated with Plaintiff's counsel regarding the relief requested herein.  Plaintiff's counsel agreed to extend the time for John Deere to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 pending in the Northern District of Illinois (Western Division) before the Honorable Iain D. Johnston.  Plaintiff's counsel confirmed that Plaintiff does not oppose this motion for extension of time to answer or otherwise plead.

9.      John Deere now seeks an order from this Court extending John Deere's time to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 (Northern District of Illinois- Western Division).

10.     This is the first request for additional time sought by John Deere in this action.

11.     This extension is sought in good faith and not for the purposes of delay.  Neither party will be prejudiced by this extension.

12.     WHEREFORE, for the foregoing reasons, Defendant Deere & Company respectfully requests that this Court extend its time to answer or otherwise plead by 30 days unless an alternative deadline is established by a case management conference or an order from the Court in the consolidated action entitled In re: Deere and Company Repair Services Antitrust Litigation, 3:22-cv-50188 (Northern District of Illinois- Western Division).

Dated: July 5, 2022

Respectfully submitted,

*/s/ Amanda B. Maslar*

Amanda B. Maslar (6321073)
amaslar@jonesday.com
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL  60606
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

John M. Majoras*
jmmajoras@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939

Tiffany Lipscomb-Jackson*
tdlipscombjackson@jonesday.com
JONES DAY
325 John H. McConnell Boulevard,
Suite 600
Columbus, OH 43215-2673
Telephone:  (614) 281-3876

Corey A. Lee*
calee@jonesday.com
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939

*Pro Hac Vice Application Forthcoming*

*Counsel for Defendant Deere & Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Amanda B. Maslar*